# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   STEVEN PAUL TIERI               §
                                          §    Case No.: 11-30904
                                          §
                                          §
         Debtor(s)                        §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/28/2011.

2) This case was confirmed on 10/31/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/22/2011.

5) The case was dismissed on 04/09/2012.

6) Number of months from filing to the last payment:  2

7) Number of months case was pending:  12

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted:  $   140,191.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 1,500.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,500.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 345.67 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 48.83 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 394.50 |
| Attorney fees paid and disclosed by debtor | $ 100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SER | PRIORITY | 1,100.00 | 1,106.54 | 1,106.54 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 500.00 | 293.81 | 293.81 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 14,550.00 | .00 | 15,900.00 | 1,039.87 | 65.63 |
| SANTANDER CONSUMER U | UNSECURED | 1,350.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 200.00 | NA | NA | .00 | .00 |
| ACMC PHYSICIAN SVC | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| BMG MUSIC SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO SUN TIMES | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| CHICAGO SUNTIMES | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 300.00 | 244.00 | 244.00 | .00 | .00 |
| COLLECTION PROFESSIO | UNSECURED | 50.00 | 42.06 | 42.06 | .00 | .00 |
| COMCAST | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 900.00 | 924.19 | 924.19 | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| HOMETOWN DENTAL CARE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| INTEGRA BANK NA | UNSECURED | 700.00 | 1,115.70 | 1,115.70 | .00 | .00 |
| INTEGRA BANK CORP | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Scheduled Creditors:

 Creditor                       Claim          Claim          Claim        Principal         Int.
   Name            Class      Scheduled       Asserted       Allowed         Paid           Paid

 CHASE AUTO FINANCE   UNSECURED   12,000.00     8,172.89      8,172.89          .00           .00
 CHASE                OTHER            .00           NA            NA           .00           .00
 JPMORGAN CHASE BANK  OTHER            .00           NA            NA           .00           .00
 MARIN                UNSECURED      950.00           NA            NA           .00           .00
 MIDWEST DIAGNOSTIC P UNSECURED       15.00           NA            NA           .00           .00
 OAKLAWN RADIOLOGY IM UNSECURED       10.00           NA            NA           .00           .00
 PAUL MICHAEL MARKETI UNSECURED       55.00           NA            NA           .00           .00
 PLS FINANCIAL SERVIC UNSECURED    1,300.00           NA            NA           .00           .00
 RETINA VITREOUS ASSO UNSECURED       75.00           NA            NA           .00           .00
 ROCKFORD MERCANTILE  UNSECURED      550.00       525.59        525.59          .00           .00
 SPRINT NEXTEL        UNSECURED      350.00       326.15        326.15          .00           .00
 SPRINT               OTHER            .00           NA            NA           .00           .00
 T MOBILE             OTHER            .00           NA            NA           .00           .00
 TRANS UNION          OTHER            .00           NA            NA           .00           .00
 TRIBUTE/FIRST BANK O UNSECURED      650.00           NA            NA           .00           .00
 VERIZON WIRELESS     UNSECURED      210.00       207.78        207.78          .00           .00
 VERIZON WIRELESS     OTHER            .00           NA            NA           .00           .00
 VERIZON WIRELESS/GRE UNSECURED      600.00           NA            NA           .00           .00
 VERIZON WIRELESS     OTHER            .00           NA            NA           .00           .00
 STEVEN POWERS        OTHER            .00           NA            NA           .00           .00
 JEFFERSON CAPITAL SY UNSECURED         NA        366.27        366.27          .00           .00
 INTERNAL REVENUE SER UNSECURED         NA         21.88         21.88          .00           .00
===============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 15,900.00 | 1,039.87 | 65.63 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 15,900.00 | 1,039.87 | 65.63 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,106.54 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,106.54 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 12,240.32 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 394.50 |
| Disbursements to Creditors | $ | 1,105.50 |
| **TOTAL DISBURSEMENTS:** | $ | 1,500.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/01/2012        /s/ Tom Vaughn
                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**